**Opinion issued July 2, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00192-CR

———————————

**ROBERT PAYAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 337th District Court
Harris County, Texas
Trial Court Case No. 1830551

## MEMORANDUM OPINION

Appellant Robert Payan was convicted for the offense of failure to comply with sex offender registration and sentenced to eight years' confinement in the Correctional Institutions Division of the Texas Department of Criminal Justice. Appellant has filed a motion to dismiss his appeal in compliance with Texas Rule

of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). The State has not opposed this motion. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.

Do not publish. TEX. R. APP. P. 47.2(b).